FILED

AUG 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CATHERINE QUINOLA PALPAL-LATOC,<br><br>               Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>               Respondent. | No. 14-72520<br><br>Agency No. A079-300-183<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 26, 2016[**]

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Catherine Quinola Palpal-Latoc, a native and citizen of the Philippines,

petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing her appeal from an immigration judge's ("IJ") decision denying her

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

applications for adjustment of status and a waiver under 8 U.S.C. § 1182(i).  We

dismiss the petition for review.

We lack jurisdiction to consider Palpal-Latoc's contention that her due

process rights were violated by the IJ's bias, because Palpal-Latoc did not raise this

contention in her brief to the BIA.  *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th

Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented in an

alien's administrative proceedings before the agency).

**PETITION FOR REVIEW DISMISSED.**